JOHN F. COMEY, Respondent, *v.* DANIEL HARRIS, Appellant,
Impleaded with Others.

Comey v. Harris, 133 App. Div. 686, affirmed.
(Submitted November 28, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
19, 1909, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in an
action to foreclose a mortgage on real property.

*Maurice Simmons* for appellant.

*Edward E. Sprague* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and COLLIN, JJ.

---

IRVING L. HOLBROOK, Respondent, *v.* BUFFALO, ROCHESTER
AND PITTSBURGH RAILWAY COMPANY, Appellant.

Holbrook v. Buffalo, Rochester & P. Ry. Co., 134 App. Div. 909, affirmed.
(Argued November 28, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department, entered
July 9, 1909, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for personal injuries alleged to have
been sustained through defendant's negligence.

*Samuel M. Havens* for appellant.

*Ralph S. Kent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and COLLIN, JJ.